EEOC Form 161-A (10/96)



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE
### *(CONCILIATION FAILURE)*

| To: Mardy Williams<br>4022 Davenport Drive<br>Montgomery, AL 36105 | From: EEOC<br>Birmingham District Office<br>1130 22nd Ave., South , Suite 2000<br>Birmingham, AL 35205 |
|---|---|

[    ]  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130 2004 03846 | Charles E. Guerrier, Regional Attorney | 205-212-2044 |

This Notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that is will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

## - NOTICE OF SUIT RIGHTS -
### *(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)

Bernice Williams-Kimbrough, District Director

09/23/05
*(Date Mailed)*

cc:   CLR -   B. W. Lyons
4256 Lomac Street
Montgomery, AL 36106

RLR - John W. Powers
SEYFARTH, SHAW   LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803

R -  NORMENT SECURITY GROUP, INC.