AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of    ALABAMA _____

MARDY B. WILLIAMS, SR.,

  Plaintiff

             V.

NORMENT SECURITY GROUP, INC.:
TED ARKUSZESKI; JOHN WOODS;
BURTICE BRIGHT; and SHELBY DOE;

    Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05cv1220-7

TO: (Name and address of Defendant)

John Woods
c/o Norment Security Group, Inc.
3224 Mobile Highway
Montgomery, Al. 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brantley W. Lyons
Brantley W. Lyons, PC
4256 Lomac Street
Montgomery, Al. 36106
Telephone: 334-270-0157
Facsimile: 334-270-8580

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_____
(By) DEPUTY CLERK

12/23/05

_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____    District of    ALABAMA _____

MARDY B. WILLIAMS, SR.,

   Plaintiff

             V.

NORMENT SECURITY GROUP, INC.:
TED ARKUSZESKI; JOHN WOODS;
 BURTICE BRIGHT; and SHELBY DOE;

    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1220-T

TO: (Name and address of Defendant)

    Norment Security Group, Inc.
    c/o its Registered Agent- The Corporaticn Company
    2000 Interstate Park Drive, STE 204
    Montgomery, Al. 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Brantley W. Lyons
    Brantley W. Lyons, PC
    4256 Lomac Street
    Montgomery, Al. 36106
    Telephone: 334-270-0157
    Facsimile: 334-270-8580

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____    _____12/23/05_____
CLERK                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                                   District of    ALABAMA

MARDY B. WILLIAMS, SR.,

  Plaintiff

             V.

NORMENT SECURITY GROUP, INC.:
TED ARKUSZESKI; JOHN WOODS;
 BURTICE BRIGHT; and SHELBY DOE;

    Defendants

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:05 cv 1220-T

TO: (Name and address of Defendant)

Ted Arkuszeski
c/o Norment Security Group, Inc.
3224 Mobile, Highway
Montgomery, Al. 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brantley W. Lyons
Brantley W. Lyons, PC
4256 Lomac Street
Montgomery, Al. 36106
Telephone: 334-270-0157
Facsimile: 334-270-8580

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____          _____12/23/05_____
CLERK                                                                      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE
_____    District of    ALABAMA

MARDY B. WILLIAMS, SR.,

  Plaintiff

           V.

NORMENT SECURITY GROUP, INC.:
TED ARKUSZESKI; JOHN WOODS;
 BURTICE BRIGHT; and SHELBY DOE;

    Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1220-T

TO: (Name and address of Defendant)

Burtice Bright
c/o Norment Security Group, Inc.
3224 Mobile Highway
Montgomery, Al. 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Brantley W. Lyons
    Brantley W. Lyons, PC
    4256 Lomac Street
    Montgomery, Al. 36106
    Telephone: 334-270-0157
    Facsimile: 334-270-8580

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____
CLERK

_____
(By) DEPUTY CLERK

_____
DATE    12/23/05