IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )    CASE NO. 2:05cv1220-T |
| | ) |
| NORMENT SECURITY GROUP, INC., | ) |
| et al., | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 30th day of December, 2005.

                                                             /s/ Myron H. Thompson
                                         UNITED STATES DISTRICT JUDGE