IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Mardy B. Williams, Sr.,           ) | |
|                                              ) | |
|       Plaintiff,                          ) | |
| v.                                          ) | CASE NO. 2:05cv1220-MHT |
|                                              ) | |
| Norment Security Group, Inc., et al.,  ) | |
|                                              ) | |
|       Defendants.                     ) | |

## **O R D E R**

It is hereby ORDERED that this court's order (Doc. 3) dated December 30, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                       /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE