AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Jan. 3, 2006 |
| NAME OF SERVER (PRINT) LEE OWEN | TITLE Licensed Private Detective/Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Registered Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/3/06
            Date                    Signature of Server

Address of Server: 432-B Coliseum Blvd.
Montgomery, AL 36109

RETURNED AND FILED

JAN 11 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__  District of __ALABAMA__

MARDY B. WILLIAMS, SR.,
  Plaintiff
             V.
NORMENT SECURITY GROUP, INC.:
TED ARKUSZESKI; JOHN WOODS;
BURTICE BRIGHT; and SHELBY DOE;

  Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1220-T

TO: (Name and address of Defendant)

Norment Security Group, Inc.
c/o its Registered Agent- The Corporation Company
2000 Interstate Park Drive, STE 204
Montgomery, Al. 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brantley W. Lyons
Brantley W. Lyons, PC
4256 Lomac Street
Montgomery, Al. 36106
Telephone: 334-270-0157
Facsimile: 334-270-8580

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

(By) DEPUTY CLERK

DATE: 12/23/05