IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR. | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:05-CV-1220-WKW |
| | ) |
| NORMENT SECURITY GROUP, INC., | ) |
| *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' motion for extension of time (Doc. #11) filed on January 23, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 27th day of January, 2006.

                                                /s/ W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE