IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 21 P 3:12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MARDY B. WILLIAMS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 02:05CV-1220-T |
| ) | |
| NORMENT SECURITY GROUP, INC., ) | Judge W. Keith Watkins |
| TED ARKUSZESKI, JOHN WOODS, ) | |
| BURTICE BRIGHT, AND SHELBY ) | |
| DOE, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned attorney, Bruce J. Downey, hereby respectfully moves this Court, pursuant to Local Rule 83.1(b), to admit *pro hac vice*, John W. Powers and Molly Eastman of the law firm Seyfarth Shaw, LLP in Chicago, Illinois, to practice before this Court in connection with the above-titled case. Attached hereto in support of this Motion are (1) Certificates of Good Standing from the United States District Court for the Northern District of Illinois, and (2) sworn affidavits for each. Also attached hereto, please find two checks in the amount of twenty dollars for their admittance fee.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully moves the Court to admit John W. Powers and Molly Eastman *pro hac vice* in the above-titled matter pursuant to Local Rule 83.1(b) of the United States District Court for the Middle District of Alabama.

Respectfully submitted this 21st day of February, 2006.

*/s/ Bruce J. Downey*
BRUCE J. DOWNEY (DOW006)

One of the Attorneys for:<br>
Norment Security Group, Inc,<br>
Ted Arkuszeski, John Woods,<br>
and Burtice Bright

OF COUSEL:
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, AL 36102-2069
334-241-8000
334-323-8888 fax


John W. Powers
Anne E. Duprey
Molly Eastman
Seyfarth Shaw, LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603
(312) 269-8000

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 21st day of February, 2006.

Brantley W. Lyons, P.c.
Attorney At Law
4256 Lomac Street
Montgomery, AL 36106

Chandra C. Wright, P.C.
Attorney At Law
P. O. Box 681862
Prattville, AL 36068

_/s/ [signature]_<br>
OF COUNSEL

1063160                                     2