# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. John W. Powers

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That John W. Powers was dully admitted to practice in said Court on (12/09/1976) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/16/2006 )

Michael W. Dobbins, Clerk,

By: Liri Isufi
    Deputy Clerk

STATE OF ILLINOIS )
COUNTY OF COOK )

## AFFIDAVIT OF JOHN W. POWERS

BEFORE ME, a Notary Public in and for said County and State, personally appeared **John W. Powers**, who being by me first duly sworn, states as follows:

1. My name is John W. Powers. I am over the age of nineteen (19) years and have personal knowledge of the matters set forth herein.

2. I am a partner in the law firm of Seyfarth Shaw at its Chicago office located at 55 East Monroe Street, Suite 4200, Chicago, Illinois 60603, and am lead counsel for the Defendants.

3. I am a member in good standing of the Bar of the State of Illinois, having been admitted to said Bar in 1976, and admitted to practice in all state courts of Illinois. In addition, I was admitted to the United States District Court for the Northern District of Illinois in 1976, the United States Supreme Court in 1987, the Seventh Circuit Court of Appeals in 1989, the Fifth Circuit Court of Appeals in 1994, the Tenth Circuit Court of Appeals in 1996, and the Eleventh Circuit Court of Appeals in 1996. I am a member of good standing in all of the above-mentioned courts.

4. I have reviewed the Local Rules of the United States District Court for the Middle District of Alabama and I have previously been admitted *pro hac vice* in other actions in the United States District Courts for the Middle and Northern Districts of Alabama, *Patton v. Chicago National League Ball Club, Inc.,* Case No. 03-M-587-N; *Williams v. Feralloy Corporation*, Case No. CV-01-J-1230-S; *Dandridge v. Feralloy Corporation*, Case No. CV-01-C-1260-S; *Lamar Ward, et al. v. CompuDyne Corporation, et al.*, Case No. 05-CV-54; and *Jeremy Garland, et al. v. Norment Security Group, Inc.*, Case No. 02:05-CV-360-W.

CH1 10891189.1

5. I have not been convicted of any crimes since becoming an attorney. I have been neither censored, disciplined, suspended nor disbarred by any court, nor are any disciplinary proceedings pending against me in any court.

6. I respectfully request that I be admitted to practice before the United States District Court for the Middle District of Alabama for the purposes of participation in this action.

FURTHER AFFIANT SAYETH NOT.

_____
John W. Powers

Subscribed and Sworn to before me this
15th day of February, 2006.

_____
Notary Public

> OFFICIAL SEAL
> MARI ANNE MILLER
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 4-11-2010

CH1 10891189.1

Certificate of Good Standing    Page 1 of 1

# CERTIFICATE OF GOOD STANDING



*United States of America*

*Northern District of Illinois*

} ss. Molly Kristine Eastman

   I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

   DO HEREBY CERTIFY That Molly Kristine Eastman was dully admitted to practice in said Court on (01/13/2005) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (02/16/2006 )

                              Michael W. Dobbins, Clerk,

                              By:  Liri Isufi
                                   Deputy Clerk

STATE OF ILLINOIS     )
COUNTY OF COOK        )

### AFFIDAVIT OF MOLLY EASTMAN

BEFORE ME, a Notary Public in and for said County and State, personally appeared **Molly Eastman**, who being by me first duly sworn, states as follows:

1.  My name is Molly Eastman. I am over the age of nineteen (19) years and have personal knowledge of the matters set forth herein.

2.  I am an associate in the law firm of Seyfarth Shaw LLP at its Chicago office located at 55 East Monroe Street, Suite 4200, Chicago, Illinois 60603, which is lead counsel for the Defendants.

3.  I am a member in good standing of the Bar of the State of Illinois, having been admitted to said Bar in 2004, and admitted to practice in all state courts of Illinois. In addition, I was admitted to the United States District Court for the Northern District of Illinois in 2005. I am a member of good standing in all of the above-mentioned courts.

4.  I have reviewed the Local Rules of the United States District Court for the Middle District of Alabama and I have previously been admitted *pro hac vice* in other actions in the United States District Courts for the Middle District of Alabama, *Lamar Ward, et al. v. CompuDyne Corporation, et al.*, Case No. 05-CV-54 and *Jeremy Garland, et al. v. Norment Security Group, Inc.*, Case No. 02:05-CV-360-W.

5.  I have not been convicted of any crimes since becoming an attorney. I have been neither censored, disciplined, suspended nor disbarred by any court, nor are any disciplinary proceedings pending against me in any court.

6.  I respectfully request that I be admitted to practice before the United States District Court for the Middle District of Alabama for the purposes of participation in this action.

CH1 10891189.1

FURTHER AFFIANT SAYETH NOT.

_____
Molly Eastman

Subscribed and Sworn to before me this
15th day of February, 2006.

_____
Notary Public

OFFICIAL SEAL
MARI ANNE MILLER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-11-2010

CH1 10891189.1