IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-CV-01220-WKW |
| | ) |
| NORMENT SECURITY GROUP, INC., | ) |
| *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for John W. Powers and Molly Eastman to Appear Pro Hac Vice (Doc. #17) filed on February 21, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 24th day of February, 2006.

                                         /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE