IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:05CV1220 - WKW ) |
| NORMENT SECURITY GROUP, INC., TED ARKUSZESKI, JOHN WOODS, BURTICE BRIGHT, AND SHELBY DOE, | ) ) ) ) |
| Defendants. | ) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective August 21, 2006, the Chicago office of Seyfarth Shaw LLP, counsel for Norment Security Group, Inc., Ted Arkuszeski, John Woods, and Burtice Bright. in the above-captioned matter, will move and change its telephone and facsimile numbers. The new address and contact information for the undersigned is as follows:

> 131 S. Dearborn Street
> Suite 2400
> Chicago, Illinois 60603
> (312) 460-5000 (main)
> (312) 460-7000 (fax).

**DATED: August 16, 2006**                Respectfully submitted,

NORMENT SECURITY GROUP, INC., TED ARKUSZESKI, JOHN WOODS, and BURTICE BRIGHT

By _____s/Molly Eastman_____
     One of Its Attorneys

John Powers
Molly Eastman
Seyfarth Shaw LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11093660.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2006, I electronically filed a **Notice of Change of Address** with the Clerk of Court using the CM/ECF system, which will send notification of this filing to:

>Brantley W. Lyons, P.C.
>Attorney at Law
>4256 Lomac Street
>Montgomery, AL 36106
>
>Chandra C. Wright, P.C.
>Attorney at Law
>P.O. Box 681862
>Prattville, AL 36068

s/Bruce Downey
Bruce Downey
