IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:05CV1220-WKW |
| | ) |
| NORMENT SECURITY GROUP, INC., | ) |
| TED ARKUSZESKI, JOHN WOODS, | ) |
| BURTICE BRIGHT, AND SHELBY DOE, | ) |
| | ) |
|    Defendants. | ) |

## NOTICE OF WITHDRAWAL AS CO-COUNSEL FOR PLAINTIFF

**COMES NOW** Chandra C. Wright, one of the attorneys of record for Plaintiff Mardy B. Williams, Sr., and respectfully notifies the Court of her withdrawal as co-counsel for Plaintiff in the above-captioned matter. Due to recent unforeseen circumstances, counsel finds it necessary to take a leave of absence from her practice of law for an as yet undetermined amount of time. Plaintiff will continue to be represented by Brantley W. Lyons, co-counsel of record in the above-captioned matter, who has represented Plaintiff since the inception of this matter. Plaintiff will not be unduly prejudiced by the withdrawal of the undersigned counsel and this matter should continue to progress without delays or interruptions caused by counsel's withdrawal.

Respectfully submitted this the 28th day of AUGUST, 2006.

                                      /s/ Chandra C. Wright          .
                                    **CHANDRA C. WRIGHT (WRI037)**
                                    **One of the Attorneys for Plaintiff,**
                                    **MARDY B. WILLIAMS, SR.**
                                    P.O. Box 681862
                                    Prattville, AL 36068
                                    (334) 315-5905

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 28, 2006, I electronically filed this NOTICE OF WITHDRAWAL AS CO-COUNSEL FOR PLAINTIFF with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the following:

>Brantley W. Lyons, P.C.
>Attorney at Law
>4256 Lomac Street
>Montgomery, AL 36106
>
>John Powers
>Molly Eastman
>Seyfarth Shaw L.L.P.
>131 S. Dearborn Street
>Suite 2400
>Chicago, IL 60603
>
>Bruce J. Downey, III
>Capell & Howard, P.C.
>P.O. Box 2069
>Montgomery, AL 36102-2069

                                         /s/ Chandra C. Wright    .
                                         Chandra C. Wright