IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARDY B. WILLIAMS, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1220-WKW |
| | ) | |
| NORMENT SECURITY GROUP, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Report of Parties' Planning Meeting filed on August 30, 2006 (Doc. # 24), it is hereby

ORDERED that on or before September 15, 2006, the parties shall file an amended report.

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section. **In preparing the amended report, the parties are hereby ADVISED to consider the undersigned judge's scheduled trial terms of July 9, 2007, and December 10, 2007.**

This court may or may not hold a scheduling conference before issuing a scheduling order. If the court holds a scheduling conference, counsel may participate in the scheduling conference by conference call.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court.  The Uniform Scheduling Order is also available on the court's website.

**The parties are hereby REMINDED that the amended report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.**

DONE this 30th day of August, 2006.

      /s/  W.  Keith  Watkins
UNITED STATES DISTRICT JUDGE