## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:05cv1220-WKW |
| | ) |
| NORMENT SECURITY GROUP, INC, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

COMES NOW Andy Nelms to enter his appearance as the attorney for Plaintiff herein and respectfully requests of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the __31st__ day of August, 2006.

/s/ ANDY NELMS
Andy Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
Andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on the following parties or attorneys by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this __31st___ day of August, 2006.

Bruce Downey
John Powers

Molly Eastman
Brantley Lyons
Chandra Wright

                                                <u>/s/ ANDY NELMS</u>
                                                Andy Nelms (NEL022)
                                                Law Offices of Jay Lewis, L.L.C.
                                                P.O. Box 5059
                                                Montgomery, Alabama 36103
                                                (334) 263-7733 (Voice)
                                                (334) 832-4390 (Fax)
                                                [Andynelms@jaylewislaw.com](mailto:Andynelms@jaylewislaw.com)
                                                ASB-6972-E63K
                                                Counsel for Plaintiff