IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-1220-WKW |
| | ) |
| NORMENT SECURITY GROUP, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #23) filed by Chandra C. Wright on August 28, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 27th of September, 2006.

                                /s/  W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE