IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 2:05cv1220-WKW |
| NORMENT SECURITY GROUP, INC, et al., | ) ) ) |
| Defendants. | ) |

**MOTION TO WITHDRAW**

COMES NOW Andy Nelms attorney at law, to move the Court for leave to withdraw as additional counsel for Plaintiff and as grounds of which would show as follows:

1. That the attorney-client relationship has irretrievably broken.

2. Plaintiff remains well and adequately represented by Honorable Brantley Lyons.

3. Plaintiff will not be prejudiced by the withdrawal of the undersigned.

RESPECTFULLY SUBMITTED on this the __8th__ day of December, 2006.

/s/ ANDY NELMS
Andy Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
Andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

 I hereby certify that I have served the foregoing document on the following parties or attorneys by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this __8th__ day of December, 2006.

Bruce Downey
John Powers
Molly Eastman
Brantley Lyons
Chandra Wright

Mardy Williams
4022 Davenport Drive
Montgomery, AL 36105

        /s/ ANDY NELMS
        Andy Nelms (NEL022)
        Law Offices of Jay Lewis, L.L.C.
        P.O. Box 5059
        Montgomery, Alabama 36103
        (334) 263-7733 (Voice)
        (334) 832-4390 (Fax)
        Andynelms@jaylewislaw.com
        ASB-6972-E63K
        Counsel for Plaintiff