IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1220-WKW |
| | ) |
| NORMENT SECURITY GROUP, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of Andy Nelms Motion to Withdraw as Counsel (Doc. #30) filed on December 8, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 12th of December, 2006.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE