IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:05cv1220-WKW |
| | ) |
| NORMENT SECURITY GROUP, INC, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW Andy Nelms to enter his appearance as the attorney for Plaintiff herein and respectfully requests of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the __4th_ day of January, 2007.

/s/ ANDY NELMS
Andy Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
Andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing document on the following parties or attorneys by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this __4th__ day of January, 2007.

Bruce Downey
John Powers
Molly Eastman
Brantley Lyons
Chandra Wright

                                            /s/ ANDY NELMS
                                            Andy Nelms (NEL022)
                                            Law Offices of Jay Lewis, L.L.C.
                                            P.O. Box 5059
                                            Montgomery, Alabama 36103
                                            (334) 263-7733 (Voice)
                                            (334) 832-4390 (Fax)
                                            Andynelms@jaylewislaw.com
                                            ASB-6972-E63K
                                            Counsel for Plaintiff