IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:05CV-1220-T |
| | ) |
| NORMENT SECURITY GROUP, INC., | ) Judge W. Keith Watkins |
| TED ARKUSZESKI, JOHN WOODS, | ) |
| BURTICE BRIGHT, AND SHELBY DOE, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

PLAINTIFF MARDY B. WILLIAMS, SR. and DEFENDANT NORMENT SECURITY GROUP, INC., by their respective attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and pursuant and subject to their confidential settlement agreement, stipulate to the dismissal, with prejudice, of this action with each party to bear his or its own costs and attorneys' fees.[1]

Respectfully submitted,

By: _____        By: _____s/ Molly Eastman_____
     One of Plaintiff's Attorneys                  One of Defendant's Attorneys

Andy Nelms                                   Bruce J. Downey, III
Law Offices of Jay Lewis, Attorney at Law    CAPELL & HOWARD P.C.
847 South McDonough Street                   150 South Perry Street (36104), P.O. Box 2069
Montgomery, Alabama, 36014                   Montgomery, Alabama 36102-2069

Brantley W. Lyons, P.C.                      John W. Powers (admitted *pro hac vice*)
Attorney at Law                              Molly Eastman (admitted *pro hac vice*)
4256 Lomac Street                            SEYFARTH SHAW LLP
Montgomery, AL 36106                         131 South Dearborn Street, Suite 2400
                                             Chicago, Illinois 60603
Dated: April 4, 2007

---

[1] This Court dismissed all counts against Ted Arkuszeski, Burtice Bright, and John Wood and counts III and IV against Norment Security Group, Inc. on June 29, 2006.

CH1 11185004.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I electronically filed the attached **Stipulation of Dismissal** with the Clerk of Court using the CM/ECF system, which will send notification of this filing to:

Andy Nelms
Law Offices of Jay Lewis, Attorney at Law
847 South McDonough Street
Montgomery, Alabama, 36014


Brantley W. Lyons, P.C.
Attorney at Law
4256 Lomac Street
Montgomery, AL 36106


                                    s/ Bruce J. Downey
                                    Bruce J. Downey

CH1 11185004.1