IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDY B. WILLIAMS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:05-cv-1220-WKW |
| | ) |
| NORMENT SECURITY GROUP, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

Upon due consideration of the parties' Stipulation of Dismissal (Doc. # 33), it is ORDERED that this case is DISMISSED with prejudice. The parties shall bear their own costs related to this matter.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of April, 2007.

                                              /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE